# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 2, 2024

Lyle W. Cayce
Clerk

———————

No. 24-10248

———————

CHAMBER OF COMMERCE FOR THE UNITED STATES OF
AMERICA, FORT WORTH CHAMBER OF COMMERCE; LONGVIEW
CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION;
CONSUMER BANKERS ASSOCIATION; TEXAS ASSOCIATION OF
BUSINESS,

*Plaintiffs—Appellants,*

*versus*

CONSUMER FINANCIAL PROTECTION BUREAU; ROHIT CHOPRA,
*in his official capacity as Director of the Consumer Financial Protection Bureau,*

*Defendants—Appellees.*

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-213

———————————————————————

ORDER:

IT IS ORDERED that the administrative stay of the District Court's
transfer order is extended until 5:00PM on Friday, April 5, 2024.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT